46 F.3d 72
 Allied Management Corporation
v.
Commissioner of Internal Revenue, (Three Cases); Barnette
(Larry) v. Commissioner of Internal Revenue Service;
Barnette (Janet L.) v. Commissioner of Internal Revenue
Service; Barnette (Leo David) v. Commissioner of Internal
Revenue Service; Barnette (Larry D., Kathleen C.) v.
Commissioner of Internal Revenue Service; Barnette (Larry
D., Kathleen C.) v. Commissioner of Internal Revenue
 NOS. 93-2827, 93-2833, 93-2943, 93-2828, 93-2831, 93-2973,
93-2830, 93-2832
 United States Court of Appeals,
Eleventh Circuit.
 Jan 12, 1995
 U.S.T.C., 41
 F.3d 667
 
 1
 DENIALS OF REHEARING EN BANC.